**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Veronica Annette Vickers, Debtor**                    Case No. 24-00842-JAW
                                                                                                                **CHAPTER 13**


**NOTICE**


Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.
**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 16, 2026                    Signature:    /s/ Thomas C. Rollins, Jr.
                                                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                                                        Jennifer Ann Curry Calvillo (MSBN 104367)
                                                                        The Rollins Law Firm, PLLC
                                                                        P.O. Box 13767
                                                                        Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Veronica Annette Vickers, Debtor**                    Case No. 24-00842-JAW
                                                                                                    CHAPTER 13

**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1.  Debtor commenced this case on April 8, 2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  Debtor's 2016 Ford Fusion ("Vehicle") has mechanical issues.

3.  Debtor wishes to surrender the Vehicle to Exeter Finance, LLC., ("Creditor")

4.  Debtor wishes for Trustee to cease ongoing payments on Creditor's secured claim.

5.  Creditor should be allowed to file an unsecured deficiency claim upon sale of the Vehicle.

6.  A Supplemental Schedule I and J (Dk #68) has been filed evidencing debtor's current income and expenses.

7.  Debtor wishes for the Trustee to adjust the plan payment to the amount necessary to cease ongoing distributions to Creditor and to continue to pay the priority and secured claims as ordered in the confirmed Plan.

8.  Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on June 16, 2026, to:

By USPS First Class Mail, Postage Prepaid:

Exeter Finance LLC
c/o AIS Portfolio Service LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Exeter Finance, LLC
c/o Corporation Service Co
109 Executive Dr., Ste 3
Madison, MS 39110

By Electronic CM/ECF Notice:

Harold Barkley

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Veronica Annette Vickers

CASE NO: 24-00842

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/16/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/16/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Veronica Annette Vickers

CASE NO: 24-00842

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/16/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/16/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

EXETER FINANCE LLC
C/O AIS PORTFOLIO SERVICE LLC
4515 N. SANTA FE AVE. DEPT. APS
OKLAHOMA CITY OK 73118

FIRST CLASS

EXETER FINANCE, LLC
C/O CORPORATION SERVICE COMPANY
109 EXECUTIVE DR., STE 3
MADISON MS 39110

FIRST CLASS

EXETER FINANCE LLC
C/O AIS PORTFOLIO SERVICE LLC
4515 N. SANTA FE AVE. DEPT. APS
OKLAHOMA CITY OK 73118

FIRST CLASS

EXETER FINANCE, LLC
C/O CORPORATION SERVICE COMPANY
109 EXECUTIVE DR., STE 3
MADISON MS 39110